

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KEITH CONLEY and**<br>**BARBARA CONLEY** | CIVIL ACTION NO.: 06-7974 |
| **VERSUS** | MAGISTRATE: K |
| **ESSEX INSURANCE COMPANY and**<br>**AUDUBON INSURANCE GROUP** | JUDGE: |

### ANSWER, AFFIRMATIVE DEFENSES AND REQUEST FOR JURY TRIAL

**NOW INTO COURT** comes Defendant, Essex Insurance Company ("Essex"), by its attorneys ADAMS AND REESE LLP, who submits this Answer, Affirmative Defenses and Request for Jury Trial, and who respectfully avers as follows:

**FURTHER**, Defendant respectfully requests a trial by jury.

### FIRST DEFENSE

In response to Plaintiffs' Petition, Defendant alleges and avers as follows:

1.

The allegations contained in Paragraph 1 of the Petition are denied, except to admit that Essex Insurance Company is a business entity organized under the laws of Delaware, with its principal place of business in Virginia.

**2.**

The allegations contained in Paragraph 2 of the Petition are denied for lack of information sufficient to justify a belief as to the allegations asserted therein.

**3.**

The allegations of Paragraph 3 require no response from Defendant. To the extent a response may be deemed necessary, Defendant is without knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies the same.

**4.**

The allegations contained in Paragraph 4 of the Petition are denied for lack of information sufficient to justify a belief as to the allegations asserted therein.

**5.**

The allegations contained in Paragraph 5 are denied, except to admit that Defendant issued an insurance policy for premises located at 314-316 North Miro Street, New Orleans, Louisiana on which Plaintiffs were listed as insureds on the policy.

**6.**

The allegations of Paragraph 6 require no response from Defendant. To the extent a response may be deemed necessary, Defendant is without knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies the same.

**7.**

The allegations contained in Paragraph 7 of the Petition are denied for lack of information sufficient to justify a belief as to the allegations asserted therein, except to admit that $1,774.05 was unconditionally tendered to the plaintiffs as the named insureds on the insurance policy issued for the premises located at 314-316 North Miro Street, New Orleans, Louisiana.

**8.**

The allegations contained in Paragraph 8 of the Petition are denied.

**9.**

The allegations found in the Prayer portion of the Petition and all other unnumbered portions of the Petition are denied.

## SECOND DEFENSE

**AND NOW** affirmatively answering, Defendant Essex affirmatively asserts the terms, conditions, and exclusions of the insurance policy issued for the premises located at 314-316 North Miro Street, New Orleans, Louisiana in denial of any liability to Plaintiffs.

## THIRD DEFENSE

Defendant Essex denies each and every allegation contained in the Plaintiffs' Petition and not specifically admitted herein

## FOURTH DEFENSE

Defendant Essex affirmatively asserts that its actions in regard to the insurance issued by it were at all times in good faith, and were not arbitrary or capricious, based on the facts available to Essex and applicable law.

## FIFTH DEFENSE

Defendant Essex reserves the right to amend its Answer and Affirmative Defenses to Plaintiffs' petition to assert such additional defenses and/or terms, conditions, exclusions, definitions and limitations of the policy issued for the premises located at 314-316 North Miro Street, New Orleans, Louisiana, including the application for insurance, as may become known during the course of this litigation.

## JURY TRIAL DEMAND

Defendant respectfully requests a trial by jury.

**WHEREFORE**, Defendant, Essex Insurance Company, prays that this, its Answer, Affirmative Defenses and Request for Jury Trial be deemed good and sufficient and, after due proceedings had, there be judgment in its favor and against the Plaintiffs, dismissing Plaintiffs' claims with prejudice, at Plaintiffs' costs, and for any and all equitable and just relief.

Respectfully Submitted:

**ADAMS AND REESE LLP**

_____
Don S. McKinney (#26685)
Jennifer Labourdette (#29299)
Shelly Spansel (#30067)
701 Poydras Street, Suite 4500
New Orleans, Louisiana 70139
Telephone: (504) 581-3234
Facsimile: (504) 566-0210

*Attorneys for Defendant,*
*Essex Insurance Company*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Answer, Affirmative Defenses and Request for Jury Trial has been served upon all counsel of record by placing the same in the United States mail, postage prepaid and properly addressed, this 19th day of October, 2006.

_____
JENNIFER A. LABOURDETTE